Opinion issued June 27, 2002













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00495-CR

____________


TREMAINE IKKI JOHNSON, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from County Criminal Court at Law No. 13

Harris County, Texas

Trial Court Cause No. 1100346






MEMORANDUM OPINION

 We are without jurisdiction to entertain this appeal. Appellant was
sentenced in this case on February 13, 2002. No motion for new trial was filed. The
deadline for filing notice of appeal was therefore March 15, 2002, 30 days after
sentencing. See Tex. R. App. P. 26.2(a)(1). Notice of appeal was filed on April 11,
2002, 27 days after the deadline.

 We therefore dismiss the appeal for lack of jurisdiction. Slaton v. State, 981
S.W.2d 208, 209-10 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519, 522
(Tex. Crim. App. 1996).

 It is so ORDERED.

PER CURIAM

Panel consists of Chief Justice Schneider, and Justices Nuchia and Radack.

Do not publish. Tex. R. App. P. 47.